# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2015

149663

ROBERTO LANDIN,
      Plaintiff-Appellee,

v

HEALTHSOURCE SAGINAW, INC.,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 149663
COA: 309258
Saginaw CC: 08-002400-NZ

_____/

      On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of April 3, 2015. The application for leave to appeal the June 3, 2014 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2015



Clerk

t1110